Robert J. Giuffra, Jr. (*pro hac vice*)
giuffrar@sullcrom.com
Sharon L. Nelles (*pro hac vice*)
nelless@sullcrom.com
William B. Monahan (*pro hac vice*)
monahanw@sullcrom.com
Darrell S. Cafasso (*pro hac vice*)
cafassod@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Kyle Niemi (SBN 4147849)
niemik@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:  (650) 461-5600
Facsimile: (650) 461-7700

*Counsel for Defendant FCA US LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOSE CHAVEZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US LLC, a Delaware Limited Liability Company; ROBERT BOSCH GMBH, a corporation organized under the laws of Germany; and ROBERT BOSCH LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Defendants. | No. 3:16-cv-06909-EMC<br><br>**STIPULATION ENLARGING FCA US LLC'S AND ROBERT BOSCH LLC'S TIME TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>Judge:　Honorable Edward M. Chen |

SULLIVAN & CROMWELL LLP

STIPULATION ENLARGING FCA US LLC'S AND ROBERT BOSCH LLC'S
TIME TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE
NO. 3:16-CV-06909-EMC

WHEREAS, on December 1, 2016, plaintiff Jose Chavez ("Plaintiff") commenced the above-captioned action by filing a complaint (the "Complaint") against FCA US LLC, Robert Bosch LLC (together, the "Served Defendants") and Robert Bosch GmbH[1];

WHEREAS, on December 13, 2016, Plaintiff served the Complaint on the Served Defendants;

WHEREAS, Plaintiff and the Served Defendants have met and conferred and have agreed to extend the time for the Served Defendants to answer, move, or otherwise respond to the Complaint and, in the event the Served Defendants move to dismiss the Complaint, on a briefing schedule for the motions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned counsel, as follows:

1. The Served Defendants shall respond to the Complaint on or before March 9, 2017.

2. In the event the Served Defendants move to dismiss the Complaint, Plaintiff's opposition papers are due on or before April 10, 2017.

3. In the event the Served Defendants move to dismiss the Complaint, the Served Defendants' reply papers are due on or before May 3, 2017.

4. Neither Plaintiff nor the Served Defendants waive their rights to seek from each other or the Court additional adjournments or extensions of the above deadlines.

5. By entering into this stipulation, the Served Defendants do not waive, and they expressly preserve, all defenses, including all defenses under Fed. R. Civ. P. 12(b).

---

[1] Plaintiff has not effected service on Robert Bosch GmbH.

SULLIVAN & CROMWELL LLP

STIPULATION ENLARGING FCA US LLC'S AND ROBERT BOSCH LLC'S TIME TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE
NO. 3:16-CV-06909-EMC

Dated: December 29, 2016

Respectfully submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
giuffrar@sullcrom.com
Sharon L. Nelles
nelless@sullcrom.com
William B. Monahan
monahanw@sullcrom.com
Darrell S. Cafasso
cafassod@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

Kyle Niemi
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

*Counsel for Defendant FCA US LLC*

Dated: December 29, 2016

Respectfully submitted,

/s/ *Matthew D. Slater* (with permission)
Matthew D. Slater (*pro hac vice to be filed*)
mslater@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C.  20006
Telephone:  (202) 974-1500
Facsimile:  (292) 974-1999

*Counsel for Defendant Robert Bosch LLC*

-2-

SULLIVAN & CROMWELL LLP

STIPULATION ENLARGING FCA US LLC'S AND ROBERT BOSCH LLC'S
TIME TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE
NO. 3:16-CV-06909-EMC

| | | |
|---|---|---|
| 1 | Dated: December 29, 2016 | Respectfully submitted, |

/s/ *Shana E. Scarlett* (with permission)
Shana E. Scarlett (SBN 217895)
shanas@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Jessica M. Thompson (*pro hac vice*)
jessicat@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

*Counsel for Plaintiff and the Proposed Classes*

SULLIVAN & CROMWELL LLP

-3-

STIPULATION ENLARGING FCA US LLC'S AND ROBERT BOSCH LLC'S TIME TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE
NO. 3:16-CV-06909-EMC

# ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated:  December 29, 2016			SULLIVAN & CROMWELL LLP

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.

-4-

SULLIVAN & CROMWELL LLP

STIPULATION ENLARGING FCA US LLC'S AND ROBERT BOSCH LLC'S
TIME TO RESPOND TO THE COMPLAINT AND SETTING BRIEFING SCHEDULE
NO. 3:16-CV-06909-EMC