Robert J. Giuffra, Jr. (*pro hac vice*)
giuffrar@sullcrom.com
William B. Monahan (*pro hac vice*)
monahanw@sullcrom.com
Darrell S. Cafasso (*pro hac vice*)
cafassod@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Kyle Niemi (SBN 4147849)
niemik@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-7700

*Counsel for Defendant FCA US LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; ROBERT BOSCH GMBH, a corporation organized under the laws of Germany; and ROBERT BOSCH LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 3:16-cv-06909-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Judge:   Honorable Edward M. Chen |

1   WHEREAS, on December 1, 2016, plaintiff Jose Chavez filed a complaint (the "Original Complaint") against FCA US LLC ("FCA"), Robert Bosch LLC, and Robert Bosch GmbH (together, "Defendants");

4   WHEREAS, on December 29, 2016, the parties agreed on a schedule for the filing of answers, motions to dismiss or other responsive pleadings with respect to the Original Complaint;

7   WHEREAS, on January 13, 2017, plaintiff Jose Chavez, along with plaintiffs Benjamin Greenberg, Miguel Fragoso, and Andrew Loescher (together, "Plaintiffs"), filed an amended complaint (the "Amended Complaint");[1]

10   WHEREAS, Plaintiffs allege in the Amended Complaint that Defendants made false representations concerning vehicle emissions and fuel efficiency concerning model year 2014-2016 Dodge Ram 1500 and model year 2014-2016 Jeep Grand Cherokee vehicles equipped with "EcoDiesel" engines (*see* Dkt. 31, at 4);

15   WHEREAS, Plaintiffs allege that the vehicles were equipped with a so-called "defeat device" designed to limit emissions and increase fuel efficiency in testing conditions (*see id.* at 3);

18   WHEREAS, Plaintiffs purport to bring suit on behalf of a national, putative class of purchasers and lessees of the Dodge Ram 1500 and the Jeep Grand Cherokee vehicles with EcoDiesel engines (*see id.* at 50–54);

21   WHEREAS, at least eight other putative class action lawsuits (with the instant action, the "Actions") have been filed against FCA and/or Defendants making similar allegations concerning false representations of fuel efficiency and vehicle emissions in FCA vehicles with diesel engines that were allegedly

---

[1] By entering into this stipulation, Defendants do not waive, and expressly preserve, all defenses, including all defenses concerning jurisdiction, service or otherwise.

-1-

equipped with "defeat devices,"[2] and additional such suits may be filed in the future;

WHEREAS, plaintiffs in one of the Actions, *Warren v. FCA US LLC*, No. 17-cv-00059, have filed a motion with the Judicial Panel on Multidistrict Litigation ("JPML") requesting Transfer and Centralization of all Related Cases (and any future-filed "tag-along" actions), including the instant action, for coordinated or consolidated pretrial proceedings in a multidistrict litigation ("MDL"; the "MDL Motion"), *see In re Chrysler-Dodge-Jeep EcoDiesel Mktg., Sales Practices, and Prods. Liab. Litig.*, MDL No. Pending (J.P.M.L. filed February 9, 2017) (Dkt. No. 1);

WHEREAS, FCA intends to file a brief with the JPML supporting centralization of the Actions, including the instant action, and any "tag-along" cases in one district for consolidated pre-trial proceedings;

WHEREAS, FCA anticipates that the MDL Motion will be set for the next JPML Hearing Session on March 30, 2017;

WHEREAS, the parties have met and conferred and agree that the requested stay during the pendency of the MDL Motion would save judicial and party resources;

WHEREAS, if the MDL Motion is withdrawn and no Defendant thereafter (within two weeks of withdrawal) files its own motion with the JPML requesting transfer and centralization of all Actions (and any future-filed "tag-along" actions), including the instant action, for coordinated or consolidated pretrial

---

[2] *Stephens v. FCA US LLC et al.*, No. 17-cv-00040 (M.D. Ala.); *Warren v. FCA US LLC et al.*, No. 17-cv-00059 (N.D. Ala.); *Fasching v. FCA US LLC et al.*, No. 17-cv-00231 (N.D. Cal.); *Carpenter v. FCA US LLC et al.*, No. 17-cv-00288 (N.D. Cal.); *Walker v. FCA US LLC et al.*, No. 17-cv-00405 (N.D. Cal.); *Kitchel v. FCA US LLC et al.*, No. 17-cv-00538 (N.D. Cal.); *Sebastian v. FCA US LLC et al.*, No. 17-cv-00085 (S.D. Cal.); *Marlatt v. FCA US LLC et al.*, No. 17-cv-00096 (S.D. Ohio).

1  proceedings in an MDL, the parties agree that the stay of this action should be
2  immediately lifted; and
3      WHEREAS, should a stay order not be entered in any other related
4  case, either party may move to lift the stay of this action.
5      NOW, THEREFORE, the parties, by and through their undersigned
6  attorneys, hereby stipulate and request that the Court enter an Order staying all
7  proceedings and cancelling any deadlines in this action until further order of the
8  Court after the JPML has decided whether to centralize the Actions, including the
9  instant action, in an MDL proceeding.

Dated:   February 10, 2017              Respectfully and jointly submitted,

/s/ *Robert J. Giuffra, Jr.*
Robert J. Giuffra, Jr.
giuffrar@sullcrom.com
William B. Monahan
monahanw@sullcrom.com
Darrell S. Cafasso
cafassod@sullcrom.com
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:  (212) 558-4000
Facsimile:   (212) 558-3588

Kyle Niemi (SBN 4147849)
niemik@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:  (650) 461-5600
Facsimile: (650) 461-7700

*Counsel for Defendant FCA US LLC*

-3-

| | | |
|---|---|---|
| Dated: | February 10, 2017 | Respectfully submitted, |

/s/ *Matthew D. Slater* (with permission)
Matthew D. Slater
mslater@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 974-1500
Facsimile: (292) 974-1999

*Counsel for Defendant Robert Bosch LLC*

| | | |
|---|---|---|
| Dated: | February 10, 2017 | Respectfully submitted, |

/s/ *Steve W. Berman* (with permission)
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
Jessica M. Thompson (*pro hac vice*)
jessicat@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Shana E. Scarlett (SBN 217895)
shanas@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

Peter B. Fredman (189097)
LAW OFFICE OF PETER FREDMAN PC
125 University Ave, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

-4-

|   |   |
|---|---|
| 1 | |
| 2 | Christopher A. Seeger (*pro hac vice to be filed*) |
| 3 | SEEGER WEISS LLP |
|   | 77 Water Street |
| 4 | New York, NY 10005 |
|   | Telephone: (212) 584-0700 |
| 5 | Facsimile: (212) 584-0799 |
|   | cseeger@seegerweiss.com |
| 6 | |
|   | James E. Cecchi |
| 7 | CARELLA, BYRNE, CECCHI, |
|   | OLSTEIN BRODY & AGNELLO, P.C. |
| 8 | 5 Becker Farm Road |
|   | Roseland, NJ 07068 |
| 9 | Telephone: (973) 994-1700 |
|   | Facsimile: (973) 994-1744 |
| 10 | jcecchi@carellabyrne.com |
| 11 | |
|   | Robert C. Hilliard (pro hac vice to be filed) |
| 12 | HILLIARD MUNOZ GONZALES LLP |
|   | 719 S. Shoreline Blvd., Suite 500 |
| 13 | Corpus Christi, TX 78401 |
|   | Telephone: (361) 882-1612 |
| 14 | bobh@hmglawfirm.com |
| 15 | |
|   | Jeffrey S. Goldenberg |
| 16 | GOLDENBERG SCHNEIDER, L.P.A. |
|   | One West Fourth Street, 18th Floor |
| 17 | Cincinnati, Ohio 45202-3604 |
|   | Telephone: (513) 345-8297 |
| 18 | Facsimile: (513) 345-8294 |
|   | jgoldenberg@gs-legal.com |
| 19 | |
| 20 | *Counsel for Plaintiffs* |

-5-

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: February 10, 2017          SULLIVAN & CROMWELL LLP

/s/ Williams B. Monahan
William B. Monahan

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/15/17

Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE