1  Steve W. Berman (*Pro Hac Vice*)
   Jessica M. Thompson (*Pro Hac Vice*)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
3  Seattle, WA  98101
   Telephone: (206) 623-7292
4  Facsimile: (206) 623-0594
   Email: steve@hbsslaw.com
5  Email: jessicat@hbsslaw.com

6  *Attorneys for Plaintiffs*

7  [Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSE CHAVEZ, et al., | No.  3:16-cv-06909-EMC |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | |
| FCA US LLC, et al., | |
| Defendants. | |

On February 10, 2017, the parties filed a Stipulation and Proposed Order to stay this action pending a decision by the Judicial Panel on Multidistrict Litigation on whether to centralize this action with a number of other similar actions in a multidistrict litigation ("MDL"; the "MDL Motion"); and

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.  The parties agree to participate in the following ADR process:[1]

**Private ADR:** Private mediation by a mediator to be agreed upon by the parties.

**Other requested deadline:** The parties agree to hold the ADR session by a date to be determined after a decision has been rendered on the MDL Motion and after the operative complaint has been tested on motion(s) to dismiss.

---

[1] By entering into this stipulation, Defendants do not waive, and expressly preserve, all defenses, including all defenses concerning jurisdiction, service or otherwise.

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - 1
010635-11 937184 V1

Case No.: 3:16-cv-06909-EMC

| | | |
|---|---|---|
| 1 | Dated: February 14, 2017 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | */s/ Steve W. Berman* |
| | | Steve W. Berman (*Pro Hac Vice*) |
| 3 | | Jessica M. Thompson (*Pro Hac Vice*) |
| | | 1918 Eighth Avenue, Suite 3300 |
| 4 | | Seattle, WA 98101 |
| | | Telephone: (206) 623-7292 |
| 5 | | Facsimile: (206) 623-0594 |
| | | Email: steve@hbsslaw.com |
| 6 | | Email: jessicat@hbsslaw.com |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | Dated: February 14, 2017 | SULLIVAN & CROMWELL LLP |
| 9 | | */s/ Robert J. Giuffra, Jr.* |
| | | Robert J. Giuffra, Jr. (*Pro Hac Vice*) |
| 10 | | William B. Monahan (*Pro Hac Vice*) |
| | | Darrell S. Cafasso (*Pro Hac Vice*) |
| 11 | | 125 Broad Street |
| | | New York, New York 10004 |
| 12 | | Telephone:(212) 558-4000 |
| | | Facsimile: (212) 558-3588 |
| 13 | | Email: giuffrar@sullcrom.com |
| | | Email: monahanw@sullcrom.com |
| 14 | | Email: cafassod@sullcrom.com |
| 15 | | *Attorneys for Defendant FCA US LLC* |
| 16 | Dated: February 14, 2017 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 17 | | */s/ Matthew D. Slater* |
| | | Matthew D. Slater (*Pro Hac Vice*) |
| 18 | | 2000 Pennsylvania Avenue, NW |
| | | Washington, D.C. 20006 |
| 19 | | Telephone: (202) 974-1500 |
| | | Facsimile: (292) 974-1999 |
| 20 | | Email: mslater@cgsh.com |
| 21 | | *Attorney for Defendant Robert Bosch LLC* |

22 **Attestation Pursuant to Local Rule 5-1(i)(3):**

23 　　I, Steve W. Berman, am the ECF User whose identification and password are being used to file the foregoing document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

| | | |
|---|---|---|
| 25 | Dated: February 14, 2017 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 26 | | */s/ Steve W. Berman* |
| | | Steve W. Berman (*Pro Hac Vice*) |
| 27 | | *Attorney for Plaintiffs* |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4  Dated:    2/15/17



THE HON. EDWARD M. CHEN

Judge Edward M. Chen